```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLEN L. FEINGOLD, et al.      :       CIVIL ACTION
                               :
         v.                    :
                               :
LIBERTY MUTUAL GROUP, et al.   :       NO. 11-5364
```

ORDER

AND NOW, this 6th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Allen L. Feingold for disqualification of defense counsel Marshall, Dennehey, Warner, Coleman and Goggin (Doc. #5) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.