```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLEN L. FEINGOLD, et al.      :      CIVIL ACTION
                               :
          v.                   :
                               :
LIBERTY MUTUAL GROUP, et al.   :      NO. 11-5364
```

ORDER

AND NOW, this 28th day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the complaint for lack of standing as to plaintiff Allen L. Feingold under Rule 12(b)(1) of the Federal Rules of Civil Procedure (incorrectly denominated as a motion to dismiss under Rule 12(b)(6)) (Doc. #4) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.