IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA QUINN, Executrix of the Estate of Theresa Thompson, deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| LIBERTY MUTUAL GROUP, et al. | : | NO. 11-5364 |

ORDER

AND NOW, this 7th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company (also incorrectly named Liberty Mutual Group and Liberty Guard Auto Company) for summary judgment is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                        J.